UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

James Stebbins Hill

Debtor(s).

Case No. 10-10612-LMK
Chapter 7

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING
(RE: 3410 SOUTHWEST 154TH STREET, ARCHER, FL 32618)**

Comes now, JPMorgan Chase Bank, National Association, by and through its undersigned attorneys, moves the Court for an Order Granting Relief from the Automatic Stay, and in support thereof would show:

1. Debtor(s) filed a Chapter 7 petition on November 23, 2010 in bankruptcy in the United States Bankruptcy Court for the Northern District of Florida.

2. This is a motion pursuant to Bankruptcy Rule 4001(a) for a modification of the automatic stay provisions of Section 362(d)(1) of the Bankruptcy Code.

3. That the Movant, JPMorgan Chase Bank, National Association, is a secured creditor by virtue of a promissory note, mortgage, and FDIC Affidavit which is attached to this motion as Exhibit "A" on real property. Said real property has the following legal description:

LOT FOUR (4) FLYING TEN LAND, DESCRIBED AS FOLLOWS:
THE SOUTH 380 FEET TO THE NORTH 1560 FEET OF THE EAST 300 FEET OF
SECTION 16, TOWNSHIP 10 SOUTH, RANGE 18 EAST, ALACHUA COUNTY,
FLORIDA, TOGETHER WITH AN EASEMENT FOR INGRESS, EGRESS AND

    PUBLIC UTILITIES OVER THE EAST 40 FEET OF THE NORTH 3971.38 FEET OF SECTION 16, TOWNSHIP 10 SOUTH, RANGE 18 EAST, ALACHUA COUNTY, FLORIDA. and is located at 3410 Southwest 154th Street, Archer, FL 32618.

4. The above referenced real property has been claimed by the Debtor(s) as non-homestead and has not been abandoned by the Trustee.

5. The Debtor(s) are indebted to the creditor in the total amount of $280,120.10 set forth in Chase Home Finance, LLC's, servicer for JPMorgan Chase Bank, National Association, Affidavit of Indebtedness which is attached to this motion as Exhibit "B."

6. The payments due pursuant to the aforementioned note and mortgage have been in default, and remain in default since November 1, 2008.

7. The Alachua County Property Appraiser shows a just market value of $207,600.00 the property at 3410 Southwest 154th Street, Archer, FL 32618.  A copy of the appraisal is attached hereto and made a part hereof as Exhibit "C."

8. That the Debtor failed to adequately protect the interest of the secured creditor.

9. That the secured creditor, JPMorgan Chase Bank, National Association, is prohibited from proceeding with foreclosure in the State Court because of the pendency of this bankruptcy action, and that in the absence of the Court's Order allowing the secured creditor to proceed with the foreclosure action the secured creditor's security will be significantly jeopardized.

WHEREFORE, the JPMorgan Chase Bank, National Association, moves this Honorable Court for an Order granting relief from the automatic stay.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and all exhibits, have been sent by electronic or standard first class mail on this 14th day of January, 2011 to the following:

James Stebbins Hill, 4434 Southwest 102nd Drive, Gainesville, Fl 32607
Jose I. Moreno, 240 Northwest 76th Drive, Suite D, Gainesville, Fl 32607
Theresa M. Bender, P.O. Box 14557, Tallahassee, Fl 32317
United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, Fl 32301

/s/ Kenneth W. Lockwood
Kenneth W. Lockwood
FL Bar # 0016722
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: klockwood@logs.com

09-131503