# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

In re: HILL, JAMES STEBBINS                     §    Case No. 10-10612GVL1
                                                §
                                                §
Debtor(s)                                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 23, 2010.  The undersigned trustee was appointed on November 23, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of          $_____3,346.10

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 178.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 3,167.58 |

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 05/05/2011 and the deadline for filing governmental claims was 05/22/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C.  § 326(a), the maximum compensation allowable to the trustee is $836.53.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $836.53, for a total compensation of $836.53.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $58.69, for total expenses of $58.69.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2012            By:/s/Theresa M. Bender, Trustee_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-10612GVL1 | **Trustee:** (290820) Theresa M. Bender, Trustee |
| **Case Name:** HILL, JAMES STEBBINS | **Filed (f) or Converted (c):** 11/23/10 (f) |
| | **§341(a) Meeting Date:** 01/05/11 |
| **Period Ending:** 03/21/12 | **Claims Bar Date:** 05/05/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1035 SW 81st Drive, Gainesville, FL 32 607, Parc<br>   Orig. Asset Memo: Orig. Description: 1035 SW 81st<br>Drive, Gainesville, FL 32 607, Parcel No:<br>06670-020-038, Fairfield Phase II, PB P-21, Lot 39,<br>OR 3065/1035; Imported from original petition Doc#<br>10; Lien: Account No.1560694041948<br>Chase<br>P.O. Box 9001871<br>Louisville, KY 40290  -  Amount: 240126.00 | 156,200.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand.<br>   Orig. Asset Memo: Orig. Description: Location: 4434<br>SW 102nd Drive, Gainesville FL 32607 Parcel<br>06670-020-039; Imported from original petition Doc#<br>10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Couch<br>Location: 4434 SW 102nd Drive, Gainesville FL,<br>32607; Imported from original petition Doc# 10;<br>Exemption: Couch Location: 4434 SW  102nd Drive,<br>Gainesville FL 32607  -  Amount: 150.00; Exemption: 2<br>television sets Location: 4434 SW  102nd Drive,<br>Gainesville FL 32607  -  Amount: 150.00 | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Bedroom Suite<br>Location: 4434 SW 102nd Drive, Gainesville FL,<br>32607; Imported from original petition Doc# 10 | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Kitchen table<br>and chairs Location: 4434 SW 102nd Drive,<br>Gainesville FL, 32607; Imported from original petition<br>Doc# 10; Exemption: Bedroom Suite Location: 4434<br>SW  102nd Drive, Gainesville FL 32607  -  Amount:<br>100.00; Exemption: Kitchen supplies Location: 4434<br>SW  102nd Drive, Gainesville FL 32607  -  Amount:<br>50.00 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings, including audio | 50.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:**  10-10612GVL1 | **Trustee:**        (290820)   Theresa M. Bender, Trustee |
| **Case Name:**     HILL, JAMES STEBBINS | **Filed (f) or Converted (c):**  11/23/10 (f) |
| | **§341(a) Meeting Date:**  01/05/11 |
| **Period Ending: 03/21/12** | **Claims Bar Date:**  05/05/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Orig. Description: Kitchen supplies Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Kitchen table and chairs Location: 4434 SW 102nd Drive, Gainesville FL 32607  -  Amount: 50.00 | | | | | |
| 7  Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: 2 television sets Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8  Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Garage yard tools Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Garage yard tools Location: 4434 SW 102nd Drive, Gainesville FL 32607  -  Amount: 200.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9  Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Craftsman 150 piece tool kit Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Craftsman 150 piece tool kit Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 35.00 | 35.00 | 0.00 | DA | 0.00 | FA |
| 10  Books, pictures and other art objects, antiques,<br>   Orig. Asset Memo: Orig. Description: Misc. pictures frames Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Misc. pictures frames Location: 4434 SW 102nd Drive, Gainesville FL 32607  -  Amount: 100.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11  Wearing apparel.<br>   Orig. Asset Memo: Orig. Description: Clothing Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Clothing Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 100.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 12  Firearms and sports, photographic and other hobb | 5.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: | 10-10612GVL1 | Trustee: (290820) Theresa M. Bender, Trustee |
| Case Name: | HILL, JAMES STEBBINS | Filed (f) or Converted (c): 11/23/10 (f) |
| | | §341(a) Meeting Date: 01/05/11 |
| Period Ending: 03/21/12 | | Claims Bar Date: 05/05/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: 2 Tennis rackets Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: 2 Tennis rackets Location: 4434 SW 102nd Drive, Gainesville FL 32607 Interests in Insurance Policies - Amount: 5.00 | | | | | |
| 13 | Interests in insurance policies.  Name insurance<br>    Orig. Asset Memo: Orig. Description: Mass Mutual Whole Life Insurance Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock and interests in incorporated and unincorp<br>    Orig. Asset Memo: Orig. Description: 64137, LLC Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Asset Memo: Orig. Description: 1996 Mercedes E Class Sedan - repairs needed (No A/C, injector pump misfires) Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: 1996 Mercedes E Class Sedan - repairs needed (No A/C, injector pump  misfires) Location: 4434 SW 102nd  Drive, Gainesville FL 32607 SCHEDULE        D - CREDITORS        HOLDING SECURED        CLAIMS - Amount: 1000.00 | 2,346.00 | 1,346.00 | | 0.00 | FA |
| 16 | PROMISSORY NOTE NON-EXEMPT ASSETS<br>    ASSETS- 13,14,15 | 3,346.00 | 3,346.00 | | 3,346.00 | FA |
| 17 | TAX REFUNDS-2010  (u)<br>    2010 reviewed, 89% or $4998.24 due to estate. IRS OFFSET PENALITES AND INTEREST AGAINST REFUND FOR 2011. | 0.00 | 11,455.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.10 | FA |
| 18 | **Assets      Totals** (Excluding unknown values) | **$164,757.00** | **$18,147.00** | | **$3,346.10** | **$0.00** |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-10612GVL1 | Trustee:        (290820)    Theresa M. Bender, Trustee |
| Case Name:    HILL, JAMES STEBBINS | Filed (f) or Converted to (c):  11/23/10 (f) |
| | §341(a) Meeting Date:  01/05/11 |
| Period Ending: 03/21/12 | Claims Bar Date:  05/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

    TFR

    RETURN AND IRS LETTER REVIEWED-WITHDRAW MOTION AND PROCEED TO TFR.

    FILE MOTION FOR TURNOVER FOR 2010 RETURN/REFUND

    REPEATED REQUESTS FOR 2010 TAX RETURN

    JOINT 2009 REFUND-$11,459-APPLY

    EQUITY

    INTEREST IN  64137, LLC-$2,000.00

    1996 MERCEDES E CLASS SEDAN-$1346.00

    TOTAL-$3346.00

    12 MOS-$278.83

**Initial Projected Date Of Final Report (TFR):**      March 30, 2012        **Current Projected Date Of Final Report (TFR):**      March 21, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-10612GVL1 |
| Case Name: | HILL, JAMES STEBBINS |
| Taxpayer ID #: | **-***5619 |
| Period Ending: | 03/21/12 |

| | |
|---|---|
| Trustee: | Theresa M. Bender, Trustee (290820) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******06-65 - Checking Account |
| Blanket Bond: | $7,187,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/11 | {16} | HILL, NATALIE | PAYMENT | 1129-000 | 278.83 | | 278.83 |
| 02/22/11 | {16} | NATALIE HILL | INSUFFICIENT FUNDS | 1129-000 | -278.83 | | 0.00 |
| 03/15/11 | {16} | HILL, JAMES, | PAYMENT | 1129-000 | 278.83 | | 278.83 |
| 03/22/11 | {16} | NATALIE HILL | INSUFFICIENT FUNDS | 1129-000 | -278.33 | | 0.50 |
| 03/22/11 | {16} | NATALIE HILL | REMAINDER OF NSF | 1129-000 | -0.50 | | 0.00 |
| 04/26/11 | {16} | HILL, JAMES S. | PAYMENT | 1129-000 | 836.49 | | 836.49 |
| 06/08/11 | {16} | HILL, JAMES S | PAYMENT | 1129-000 | 1,000.00 | | 1,836.49 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,836.50 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,836.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.52 | 1,832.99 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,833.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,808.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,808.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,783.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,783.02 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,758.02 |
| 11/07/11 | {16} | HILL, JAMES | PAYMENT | 1129-000 | 1,509.51 | | 3,267.53 |
| 11/22/11 | {16} | HILL, JAMES | Reversed Deposit 100005 1 PAYMENT | 1129-000 | -1,509.51 | | 1,758.02 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,758.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,733.03 |
| 12/13/11 | {16} | Hill, James | Payment | 1129-000 | 1,509.51 | | 3,242.54 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,242.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,217.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,217.58 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,192.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,167.58 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,346.10 | 178.52 | $3,167.58 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 3,346.10 | 178.52 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $3,346.10 | $178.52 | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 10-10612GVL1 | | **Trustee:** | Theresa M. Bender, Trustee (290820) | | |
| **Case Name:** | HILL, JAMES STEBBINS | | **Bank Name:** | The Bank of New York Mellon | | |
| | | | **Account:** | 9200-******06-65 - Checking Account | | |
| **Taxpayer ID #:** | **-***5619 | | **Blanket Bond:** | $7,187,000.00  (per case limit) | | |
| **Period Ending:** | 03/21/12 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******06-65** | 3,346.10 | 178.52 | 3,167.58 |
| | $3,346.10 | $178.52 | $3,167.58 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-10612GVL1
Case Name: HILL, JAMES STEBBINS
Trustee Name: Theresa M. Bender, Trustee

**Balance on hand:** $           3,167.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $           0.00
Remaining balance: $           3,167.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender, Trustee | 836.53 | 0.00 | 836.53 |
| Trustee, Expenses - Theresa M. Bender, Trustee | 58.69 | 0.00 | 58.69 |

Total to be paid for chapter 7 administration expenses: $           895.22
Remaining balance: $           2,272.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $           0.00
Remaining balance: $           2,272.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $           0.00
Remaining balance: $           2,272.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 79,613.66 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,473.66 | 0.00 | 241.86 |
| 2 | Chase Bank USA NA | 891.72 | 0.00 | 25.45 |
| 3 | Chase Bank USA NA | 15,294.21 | 0.00 | 436.53 |
| 4 | American Express Bank FSB | 8,615.23 | 0.00 | 245.90 |
| 5 | Dyck-O'Neal, Inc. | 13,002.77 | 0.00 | 371.13 |
| 6 | USAA FEDERAL SAVINGS BANK | 18,417.66 | 0.00 | 525.68 |
| 7 | FIA Card Services, NA/Bank of America | 11,182.94 | 0.00 | 319.19 |
| 8 | FIA Card Services, NA/Bank of America | 3,735.47 | 0.00 | 106.62 |

Total to be paid for timely general unsecured claims: $ 2,272.36

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**