**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

In re: HILL, JAMES STEBBINS　　　　　　　　§　Case No. 10-10612-LMK
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Theresa M. Bender, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $157,065.00　　　　　　Assets Exempt: $1,865.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,272.36　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: $121,110.30

Total Expenses of Administration: $1,073.74

---

　　　3) Total gross receipts of $   3,346.10   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $3,346.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $615,503.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,073.74 | 1,073.74 | 1,073.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 110,376.00 | 79,613.66 | 79,613.66 | 2,272.36 |
| **TOTAL DISBURSEMENTS** | $725,879.00 | $80,687.40 | $80,687.40 | $3,346.10 |

4) This case was originally filed under Chapter 7 on November 23, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2012          By: /s/Theresa M. Bender, Trustee
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROMISSORY NOTE NON-EXEMPT ASSETS | 1129-000 | 3,346.00 |
| Interest Income | 1270-000 | 0.10 |
| **TOTAL GROSS RECEIPTS** | | **$3,346.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 240,126.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 135,251.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 240,126.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$615,503.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Theresa M. Bender, Trustee | 2100-000 | N/A | 836.53 | 836.53 | 836.53 |
| Theresa M. Bender, Trustee | 2200-000 | N/A | 58.69 | 58.69 | 58.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 3.52 | 3.52 | 3.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,073.74 | $1,073.74 | $1,073.74 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nelnet | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,473.00 | 8,473.66 | 8,473.66 | 241.86 |
| 2 | Chase Bank USA NA | 7100-000 | 891.00 | 891.72 | 891.72 | 25.45 |
| 3 | Chase Bank USA NA | 7100-000 | 15,294.00 | 15,294.21 | 15,294.21 | 436.53 |
| 4 | American Express Bank FSB | 7100-000 | 8,615.00 | 8,615.23 | 8,615.23 | 245.90 |
| 5 | Dyck-O'Neal, Inc. | 7100-000 | N/A | 13,002.77 | 13,002.77 | 371.13 |
| 6 | USAA FEDERAL SAVINGS BANK | 7100-000 | 18,417.00 | 18,417.66 | 18,417.66 | 525.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 11,182.00 | 11,182.94 | 11,182.94 | 319.19 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 3,735.00 | 3,735.47 | 3,735.47 | 106.62 |
| NOTFILED | Lamar Advertising | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Adjustment | 7100-000 | 944.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Federal Savings Bank | 7100-000 | 2,825.00 | N/A | N/A | 0.00 |
| NOTFILED | ClearChannel Advertising | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CBS Advertising | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$110,376.00** | **$79,613.66** | **$79,613.66** | **$2,272.36** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 10-10612-LMK | | **Trustee:** (290820) | Theresa M. Bender, Trustee | |
| **Case Name:** HILL, JAMES STEBBINS | | **Filed (f) or Converted (c):** | 11/23/10 (f) | |
| | | **§341(a) Meeting Date:** | 01/05/11 | |
| **Period Ending:** 07/19/12 | | **Claims Bar Date:** | 05/05/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1035 SW 81st Drive, Gainesville, FL 32 607, Parc   Orig. Asset Memo: Orig. Description: 1035 SW 81st Drive, Gainesville, FL 32 607, Parcel No: 06670-020-038, Fairfield Phase II, PB P-21, Lot 39, OR 3065/1035; Imported from original petition Doc# 10; Lien: Account No.1560694041948 Chase P.O. Box 9001871 Louisville, KY 40290  -  Amount: 240126.00 | 156,200.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash on hand.   Orig. Asset Memo: Orig. Description: Location: 4434 SW 102nd Drive, Gainesville FL 32607 Parcel 06670-020-039; Imported from original petition Doc# 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3  Household goods and furnishings, including audio   Orig. Asset Memo: Orig. Description: Couch Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Couch Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 150.00; Exemption: 2 television sets Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 150.00 | 150.00 | 0.00 | DA | 0.00 | FA |
| 4  Household goods and furnishings, including audio   Orig. Asset Memo: Orig. Description: Bedroom Suite Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 25.00 | 0.00 | DA | 0.00 | FA |
| 5  Household goods and furnishings, including audio   Orig. Asset Memo: Orig. Description: Kitchen table and chairs Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Bedroom Suite Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 100.00; Exemption: Kitchen supplies Location: 4434 SW  102nd Drive, Gainesville FL 32607  -  Amount: 50.00 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6  Household goods and furnishings, including audio | 50.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-10612-LMK | Trustee: | (290820) Theresa M. Bender, Trustee |
|---|---|---|---|
| Case Name: | HILL, JAMES STEBBINS | Filed (f) or Converted (c): | 11/23/10 (f) |
| | | §341(a) Meeting Date: | 01/05/11 |
| Period Ending: | 07/19/12 | Claims Bar Date: | 05/05/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Kitchen supplies Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Kitchen table and chairs Location: 4434 SW 102nd Drive, Gainesville FL 32607 - Amount: 50.00 | | | | | |
| 7 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: 2 television sets Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: Garage yard tools Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Garage yard tools Location: 4434 SW 102nd Drive, Gainesville FL 32607 - Amount: 200.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: Craftsman 150 piece tool kit Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Craftsman 150 piece tool kit Location: 4434 SW 102nd Drive, Gainesville FL 32607 - Amount: 35.00 | 35.00 | 0.00 | DA | 0.00 | FA |
| 10 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Orig. Description: Misc. pictures frames Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Misc. pictures frames Location: 4434 SW 102nd Drive, Gainesville FL 32607 - Amount: 100.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Clothing Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: Clothing Location: 4434 SW 102nd Drive, Gainesville FL 32607 - Amount: 100.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Firearms and sports, photographic and other hobb | 5.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10612-LMK  
**Case Name:** HILL, JAMES STEBBINS  

**Period Ending:** 07/19/12

**Trustee:** (290820)  Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 11/23/10 (f)  
**§341(a) Meeting Date:** 01/05/11  
**Claims Bar Date:** 05/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: 2 Tennis rackets Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: 2 Tennis rackets Location: 4434 SW 102nd Drive, Gainesville FL 32607 Interests in Insurance Policies  - Amount: 5.00 |  |  |  |  |  |
| 13 | Interests in insurance policies.  Name insurance<br>   Orig. Asset Memo: Orig. Description: Mass Mutual Whole Life Insurance Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock and interests in incorporated and unincorp<br>   Orig. Asset Memo: Orig. Description: 64137, LLC Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10 | 2,000.00 | 2,000.00 |  | 0.00 | FA |
| 15 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Asset Memo: Orig. Description: 1996 Mercedes E Class Sedan - repairs needed (No A/C, injector pump misfires) Location: 4434 SW 102nd Drive, Gainesville FL, 32607; Imported from original petition Doc# 10; Exemption: 1996 Mercedes E Class Sedan - repairs needed (No A/C, injector pump  misfires) Location: 4434 SW 102nd  Drive, Gainesville FL 32607 SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  - Amount: 1000.00 | 2,346.00 | 1,346.00 |  | 0.00 | FA |
| 16 | PROMISSORY NOTE NON-EXEMPT ASSETS<br>   ASSETS- 13,14,15 | 3,346.00 | 3,346.00 |  | 3,346.00 | FA |
| 17 | TAX REFUNDS-2010  (u)<br>   2010 reviewed, 89% or $4998.24 due to estate. IRS OFFSET PENALITES AND INTEREST AGAINST REFUND FOR 2011. | 0.00 | 11,455.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.10 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$164,757.00** | **$18,147.00** |  | **$3,346.10** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10612-LMK  
**Case Name:** HILL, JAMES STEBBINS  

**Period Ending:** 07/19/12

**Trustee:**     (290820)    Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 11/23/10 (f)  
**§341(a) Meeting Date:** 01/05/11  
**Claims Bar Date:** 05/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TFR  
RETURN AND IRS LETTER REVIEWED-WITHDRAW MOTION AND PROCEED TO TFR.  
FILE MOTION FOR TURNOVER FOR 2010 RETURN/REFUND  
REPEATED REQUESTS FOR 2010 TAX RETURN  
JOINT 2009 REFUND-$11,459-APPLY  

EQUITY  
INTEREST IN 64137, LLC-$2,000.00  
1996 MERCEDES E CLASS SEDAN-$1346.00  
TOTAL-$3346.00  
12 MOS-$278.83  

**Initial Projected Date Of Final Report (TFR):**    March 30, 2012         **Current Projected Date Of Final Report (TFR):**    March 21, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-10612-LMK  
**Case Name:** HILL, JAMES STEBBINS  
**Taxpayer ID #:** **-***5619  
**Period Ending:** 07/19/12  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $7,187,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/11 | {16} | HILL, NATALIE | PAYMENT | 1129-000 | 278.83 | | 278.83 |
| 02/22/11 | {16} | NATALIE HILL | INSUFFICIENT FUNDS | 1129-000 | -278.83 | | 0.00 |
| 03/15/11 | {16} | HILL, JAMES, | PAYMENT | 1129-000 | 278.83 | | 278.83 |
| 03/22/11 | {16} | NATALIE HILL | INSUFFICIENT FUNDS | 1129-000 | -278.33 | | 0.50 |
| 03/22/11 | {16} | NATALIE HILL | REMAINDER OF NSF | 1129-000 | -0.50 | | 0.00 |
| 04/26/11 | {16} | HILL, JAMES S. | PAYMENT | 1129-000 | 836.49 | | 836.49 |
| 06/08/11 | {16} | HILL, JAMES S | PAYMENT | 1129-000 | 1,000.00 | | 1,836.49 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,836.50 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,836.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.52 | 1,832.99 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,833.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,808.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,808.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,783.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,783.02 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,758.02 |
| 11/07/11 | {16} | HILL, JAMES | PAYMENT | 1129-000 | 1,509.51 | | 3,267.53 |
| 11/22/11 | {16} | HILL, JAMES | Reversed Deposit 100005 1 PAYMENT | 1129-000 | -1,509.51 | | 1,758.02 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,758.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,733.03 |
| 12/13/11 | {16} | Hill, James | Payment | 1129-000 | 1,509.51 | | 3,242.54 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,242.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,217.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,217.58 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,192.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,167.58 |
| 06/13/12 | 1001 | Discover Bank | Dividend paid 2.85% on $8,473.66; Claim# 1; Filed: $8,473.66; Reference: XXXXXXXXXXXX9067 | 7100-000 | | 241.86 | 2,925.72 |
| 06/13/12 | 1002 | American Express Bank FSB | Dividend paid 2.85% on $8,615.23; Claim# 4; Filed: $8,615.23; Reference: XXXXXXXXXXXX7343 | 7100-000 | | 245.90 | 2,679.82 |
| 06/13/12 | 1003 | Dyck-O'Neal, Inc. | Dividend paid 2.85% on $13,002.77; Claim# 5; Filed: $13,002.77; Reference: | 7100-000 | | 371.13 | 2,308.69 |
| 06/13/12 | 1004 | USAA FEDERAL SAVINGS BANK | Dividend paid 2.85% on $18,417.66; Claim# 6; Filed: $18,417.66; Reference: XXXXXXXXXXXX9403 | 7100-000 | | 525.68 | 1,783.01 |

Subtotals :   $3,346.10   $1,563.09

{} Asset reference(s)

Printed: 07/19/2012 03:18 PM   V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-10612-LMK  
**Case Name:** HILL, JAMES STEBBINS  

**Taxpayer ID #:** **-***5619  
**Period Ending:** 07/19/12  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Checking Account  
**Blanket Bond:** $7,187,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/12 | 1005 | Theresa M. Bender, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 895.22 | 887.79 |
| | | | Dividend paid 100.00% on $836.53;  Claim# ; Filed: $836.53 | 2100-000 | 836.53 | | 887.79 |
| | | | Dividend paid 100.00% on $58.69;  Claim# ; Filed: $58.69 | 2200-000 | 58.69 | | 887.79 |
| 06/13/12 | 1006 | Chase Bank USA NA | Combined Check for Claims#2,3 | | | 461.98 | 425.81 |
| | | | Dividend paid   2.85% on $891.72;  Claim# 2; Filed: $891.72; Reference: XXXXXXXXXXXX7906 | 7100-000 | 25.45 | | 425.81 |
| | | | Dividend paid   2.85% on $15,294.21;  Claim# 3; Filed: $15,294.21; Reference: XXXXXXXXXXXX1348 | 7100-000 | 436.53 | | 425.81 |
| 06/13/12 | 1007 | FIA Card Services, NA/Bank of America | Combined Check for Claims#7,8 | | | 425.81 | 0.00 |
| | | | Dividend paid   2.85% on $11,182.94;  Claim# 7; Filed: $11,182.94; Reference: XXXXXXXXXXXX3033 | 7100-000 | 319.19 | | 0.00 |
| | | | Dividend paid   2.85% on $3,735.47;  Claim# 8; Filed: $3,735.47; Reference: XXXXXXXXXX0286 | 7100-000 | 106.62 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,346.10 | 3,346.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,346.10 | 3,346.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,346.10** | **$3,346.10** | |

{} Asset reference(s)

Printed: 07/19/2012 03:18 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-10612-LMK | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| Case Name: | HILL, JAMES STEBBINS | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******06-65 - Checking Account |
| Taxpayer ID #: | **-***5619 | Blanket Bond: | $7,187,000.00   (per case limit) |
| Period Ending: | 07/19/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******06-65** | 3,346.10 | 3,346.10 | 0.00 |
| | $3,346.10 | $3,346.10 | $0.00 |